IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HERMAN DOUGLAS CARTER, JR., #83346-020            PETITIONER

VERSUS                               CIVIL ACTION NO. 5:09cv40-DCB-MTP

UNITED STATES OF AMERICA, et al.                 RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as frivolous and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed with prejudice for this Court's lack of jurisdiction.

SO ORDERED AND ADJUDGED, this the    14th    day of May, 2009.

                                     s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE